1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    KIRKE M. HASSON (SBN 61446)
2   kirke.hasson@pillsburylaw.com
    SHARON L. O'GRADY (SBN 215408)
3   sharon.ogrady@pillsburylaw.com
    50 Fremont Street
4   San Francisco, CA 94105
    Telephone:    (415) 983-1000
5   Facsimile:    (415) 983-1200

6   Attorneys for Plaintiff and Counter-defendants,
    TERARECON, INC., MOTOAKI SAITO, M.D.,
7   and ROBERT TAYLOR, Ph.D.

8   ERIK J. OLSON (SBN 175815)
    ejolson@mofo.com
9   PAUL F. COYNE (SBN 223900)
    pcoyne@mofo.com
10  MORRISON & FOERSTER LLP
    755 Page Mill Road
11  Palo Alto, California 94304-1018
    Telephone:    (650) 813-5600
12  Facsimile:    (650) 494-0792

13  Attorneys for Defendants FOVIA, INC.; FOVIA MEDICAL, INC;
    KENNETH FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY;
14  IGOR OKULIST; and JOSEF GOREK

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                  OAKLAND DIVISION

18  _____
                                            )
19  TERARECON, INC.,                        )   Case No. C 05-04407 (CW)
                                            )
                        Plaintiff,          )   E-FILING
20                                          )
            vs.                             )   STIPULATION EXTENDING DATE
21                                          )   BY WHICH PARTIES MUST ADD
    FOVIA, INC.; FOVIA MEDICAL, INC.;       )   NEW CLAIMS OR PARTIES.
22  KENNETH FINEMAN; ROGER KATEN;           )
    GEORGE BUYANOVSKY; IGOR                 )   Judge: The Honorable Claudia Wilken
23  OKULIST; and JOSEF GOREK,               )
                                            )   No trial date set
24                      Defendant.          )
                                            )
25                                          )
                                            )
26  _____)
                                            )
27  AND RELATED COUNTERCLAIM.               )
    _____)
28

1    IT IS HEREBY STIPULATED by the parties, through their counsel of record, that

2    the deadline for the parties to add additional parties or claims, set forth in the Court's

3    Minute Order and Case Management Order dated March 9, 2006, be extended from April 3,

4    2006 to April 10, 2006.

5    The purpose of this stipulation is to permit each party additional time to evaluate

6    and potentially to stipulate to the filing of proposed amendments to the operative complaint

7    and counterclaims.  Extension of the deadline may permit agreement to be reached and a

8    motion to be avoided.

9    Dated:  April 3, 2006.

10    PILLSBURY WINTHROP SHAW PITTMAN LLP
      KIRKE M. HASSON
11    SHARON L. O'GRADY

12    PILLSBURY WINTHROP SHAW PITTMAN LLP
      VERNON H. GRANNEMAN (SBN 83532)
13    vernon.granneman@pillsburylaw.com
      2475 Hanover Street
14    Palo Alto, CA 94304-1114
      Telephone:   (650) 233-4500
15    Facsimile:    (650) 233-4545

16
      By  /s/ Sharon L. O'Grady
17    Attorneys for Plaintiff and Counter-defendants,
      TERARECON, INC., , MOTOAKI SAITO, M.D.,
18    and ROBERT TAYLOR, Ph.D.

19
      ERIK J. OLSON
20    PAUL F. COYNE
      MORRISON & FOERSTER LLP
21

22    By  /s/ Erik J. Olson
      Attorneys for Defendants FOVIA, INC.; FOVIA
23    MEDICAL, INC;
      KENNETH FINEMAN; ROGER KATEN; GEORGE
24    BUYANOVSKY;
      IGOR OKULIST; and JOSEF GOREK

25

26

27

28

STIPULATION EXTENDING DATE BY WHICH
PARTIES MAY ADD NEW CLAIMS OR PARTIES
NO. C05-04407

1    Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the

2    filing of this document has been obtained from counsel for Defendants FOVIA, INC.;

3    FOVIA MEDICAL, INC; KENNETH FINEMAN; ROGER KATEN; GEORGE

4    BUYANOVSKY; IGOR OKULIST; and JOSEF GOREK

5

6                              By  /s/ Sharon L. O'Grady
                                 Attorneys for Plaintiff and Counter-defendants,
7                                TERARECON, INC., , MOTOAKI SAITO, M.D.,
                                 and ROBERT TAYLOR, Ph.D.
8

9
                                        **ORDER**
10
      PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO
11
    ORDERED.
12

13
      Dated:  April __4__, 2006           _____
14
                                          The Honorable Claudia Wilken
15                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING DATE BY WHICH
PARTIES MAY ADD NEW CLAIMS OR PARTIES
NO. C05-04407