1  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
2  PAUL F. COYNE (CA SBN 223900)
   pcoyne@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
5  Facsimile:  (650) 494-0792

6  Attorneys for Defendants
   FOVIA, INC.; FOVIA MEDICAL, INC.; KENNETH
7  FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY;
   IGOR OKULIST; and JOSEF GOREK
8
   PILLSBURY WINTHROP SHAW PITTMAN LLP
9  KIRKE M. HASSON (SBN 64416)
   kirke.hasson@pillsburylaw.com
10 SHARON L. O'GRADY (SBN 102356)
   sharon.ogrady@pillsburylaw.com
11 50 Fremont Street
   San Francisco, California  94105
12 Telephone: (415) 983-1000
   Facsimile:  (415) 983-1200
13
   Attorneys For Plaintiff/Counter-Defendant
14 TERARECON, INC.

15             UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                   OAKLAND DIVISION

18

19 TERARECON, INC.,                        Case No.  C05-04407 (CW)

20              Plaintiff,                 **STIPULATION AND [PROPOSED]
                                           ORDER GRANTING
21        v.                               COUNTERCLAIMANTS LEAVE
                                           TO FILE FIRST AMENDED
22 FOVIA, INC.; FOVIA MEDICAL, INC.;       COUNTERCLAIMS AND
   KENNETH FINEMAN; ROGER KATEN;           SCHEDULING HEARING ON
23 GEORGE BUYANOVSKY; IGOR OKULIST;        SHORTENED TIME**
   and JOSEF GOREK,
24                                         Date:    May 12, 2006
              Defendants.                  Time:    10:00 a.m.
25                                         Judge:   The Honorable Claudia Wilken

26

27 AND RELATED COUNTERCLAIMS.

28

1    WHEREAS, Defendants' answer and counterclaims in this action were filed on or about

2    February 6, 2006;

3    WHEREAS, the Court set a deadline for amendments to the pleadings of April 3, 2006,

4    which was extended to April 10, 2006 by stipulation and court order;

5    WHEREAS, on April 3, 2006, TeraRecon and related parties moved to dismiss the

6    second, third, and fourth counterclaims in this case and Fovia and related parties intend to amend

7    their counterclaims as permitted by Federal Rule of Civil Procedure 15(a);

8    WHEREAS, TeraRecon does not agree that Fovia's intended amendments resolve all

9    issues raised in the motion to dismiss but does not oppose entry of the amended counterclaims;

10    WHEREAS, TeraRecon is moving to amend its complaint to raise new claims and factual

11    allegations that Fovia believes raise legal issues that overlap with arguments raised in

12    TeraRecon's motion to dismiss and that need to be resolved by the Court;

13    WHEREAS, the parties are seeking to coordinate the resolution of these issues in a

14    manner that minimizes the work required of the Court by hearing both motions on a coordinated

15    schedule.  Fovia is willing to respond to TeraRecon's motion to amend on a shortened time

16    frame, and the parties believe a coordinated schedule will assist the Court and the parties to

17    resolve the issues in an efficient matter.

18    IT IS HEREBY STIPULATED, therefore, by and between the parties, through their

19    undersigned counsel, that:

20    1.    Plaintiffs and Counter-defendants do not oppose Defendants' and Counter-

21    claimants' amendment to the counterclaims, which are attached as Exhibit A;

22    2.    Counter-claimants shall file their amended counterclaims herewith;

23    3.    Counter-defendants' motion to dismiss, currently set for May 12, 2006 at 10:00,

24    shall remain on calendar;

25    4.    Plaintiffs and Counter-defendants shall file a motion for leave to file a Second

26    Amended Complaint today;

27    5.    Defendants and Counter-claimants' opposition to the motions to dismiss and the

28    motion to amend shall be due on April 21 (in order to be heard on May 12, 2006);

1       6.      Plaintiffs and Counter-defendants shall file their reply on April 28;

2       7.      All parties request that the Court hear the motion to amend on May 12, 2006; and

3       8.      Counter-defendants need not respond to the amended counterclaims pending a

4  hearing on its motion to dismiss filed April 3, 2006.

5

6  Dated: April 10, 2006                    ERIK J. OLSON
                                            PAUL F. COYNE
7                                           MORRISON & FOERSTER LLP

8

9                                           By:     s/ Erik J. Olson
10                                            Erik J. Olson

11                                          Attorneys for FOVIA, INC.; FOVIA
                                            MEDICAL, INC.; KENNETH FINEMAN;
                                            ROGER KATEN; GEORGE BUYANOVSKY;
12                                          IGOR OKULIST; and JOSEF GOREK

13                                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                            KIRKE M. HASSON
14                                          SHARON L. O'GRADY

15

16                                          By  /s/ Sharon L. O'Grady

17                                          Attorneys for Plaintiff
                                            TERARECON, INC.

18

19

20

21

22

23

24

25

26

27

28

I, ERIK J. OLSON, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING COUNTERCLAIMANTS LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS AND SCHEDULING HEARING ON SHORTENED TIME.  In compliance with General Order 45, X.B., I hereby attest that SHARON L. O'GRADY has concurred in this filing.

Dated: April 10, 2006

ERIK J. OLSON
PAUL F. COYNE
MORRISON & FOERSTER LLP


By:  s/ Erik J. Olson
     Erik J. Olson

Attorneys for FOVIA, INC.; FOVIA MEDICAL, INC.; KENNETH FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY; IGOR OKULIST; and JOSEF GOREK

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Court orders that:

1.     Defendants' and Counter-claimants are granted leave to amend under Federal Rule of Civil Procedure 15;

2.     Defendants and Counter-claimants shall file their amended counterclaims herewith;

3.     The opposition to Plaintiffs and Counter-defendants' motion to dismiss and motion to amend shall be filed April 21;

4.     The reply shall be filed April 28;

5.     The motion to dismiss and the motion to amend shall be heard on May 12 at ~~9:00~~ 10:00 am.

Dated: _____   4/18/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED ORDER] GRANTING LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS AND SCHEDULING HEARING ON SHORTENED TIME (CASE NO. C05-04407)
pa-1058984

3