1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KIRKE M. HASSON (SBN 61446)
2  kirke.hasson@pillsburylaw.com
   SHARON L. O'GRADY (SBN 102356)
3  sharon.ogrady@pillsburylaw.com
   50 Fremont Street
4  San Francisco, CA 94105
   Telephone:   (415) 983-1000
5  Facsimile:   (415) 983-1200

6  Attorneys for Plaintiff and Counter-defendants,
   TERARECON, INC., MOTOAKI SAITO, M.D.,
7  and ROBERT TAYLOR, Ph.D.

8  ERIK J. OLSON (SBN 175815)
   ejolson@mofo.com
9  PAUL F. COYNE (SBN 223900)
   pcoyne@mofo.com
10 MORRISON & FOERSTER LLP
   755 Page Mill Road
11 Palo Alto, California 94304-1018
   Telephone:   (650) 813-5600
12 Facsimile:   (650) 494-0792

13 Attorneys for Defendants FOVIA, INC.; FOVIA MEDICAL, INC.;
   KENNETH FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY;
14 IGOR OKULIST; and JOSEF GOREK

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                           OAKLAND DIVISION

| | |
|---|---|
| TERARECON, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOVIA, INC.; FOVIA MEDICAL, INC.; KENNETH FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY; IGOR OKULIST; and JOSEF GOREK, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. C 05-04407 (CW) <br><br> E-FILING <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING DATE BY WHICH MEDIATION MUST BE COMPLETED** <br><br> Judge: The Honorable Claudia Wilken <br><br> No trial date set |

1  Plaintiff/counterdefendant TeraRecon, Inc., defendants/counterclaimants Fovia,
2  Inc., Fovia Medical, Inc., and George Buyanovsky, and defendants Kenneth Fineman,
3  Roger Katen, Igor Okulist, and Josef Gorek, jointly request that the deadline set for the
4  parties to complete mediation, set forth in the Court's Order on February 14, 2006 directing
5  the parties to participate in mediation within 90 days, be extended from May 15, 2006 to
6  June 8, 2006.

7  Extension of the deadline to June 8, 2006, which is slightly beyond the May 15,
8  2006 deadline, will enable the parties and the mediator to conduct the mediation on the
9  agreed date of June 8, 2006.  The requested time modification will not affect the schedule
10 for the case.

11  Dated:  April 12, 2006.

12  PILLSBURY WINTHROP SHAW PITTMAN LLP
    KIRKE M. HASSON
13  SHARON L. O'GRADY

14  PILLSBURY WINTHROP SHAW PITTMAN LLP
    VERNON H. GRANNEMAN (SBN 83532)
15  vernon.granneman@pillsburylaw.com
    2475 Hanover Street
16  Palo Alto, CA 94304-1114
    Telephone:  (650) 233-4500
17  Facsimile:    (650) 233-4545

18

    By   /s/ Sharon L. O'Grady
19  Attorneys for Plaintiff and Counter-defendants,
    TERARECON, INC., MOTOAKI SAITO, M.D., and
20  ROBERT TAYLOR, Ph.D.

21
    ERIK J. OLSON
22  PAUL F. COYNE
    MORRISON & FOERSTER LLP
23

24  By   /s/ Erik J. Olson
    Attorneys for Defendants FOVIA, INC.; FOVIA
25  MEDICAL, INC.; KENNETH FINEMAN; ROGER
    KATEN; GEORGE BUYANOVSKY;
26  IGOR OKULIST; and JOSEF GOREK

27

28

1  Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the
2  filing of this document has been obtained from counsel for Defendants FOVIA, INC.;
3  FOVIA MEDICAL, INC.; KENNETH FINEMAN; ROGER KATEN; GEORGE
4  BUYANOVSKY; IGOR OKULIST; and JOSEF GOREK.

By  /s/ Sharon L. O'Grady
Attorneys for Plaintiff and Counter-defendants,
TERARECON, INC., MOTOAKI SAITO, M.D., and
ROBERT TAYLOR, Ph.D.

### ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: April 18, 2006

_____
The Honorable Claudia Wilken
United States District Judge