1  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
2  PAUL F. COYNE (CA SBN 223900)
   pcoyne@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
5  Facsimile:  (650) 494-0792

6  Attorneys for Defendants
   FOVIA, INC.; FOVIA MEDICAL, INC.; KENNETH
7  FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY;
   IGOR OKULIST; and JOSEF GOREK
8
   PILLSBURY WINTHROP SHAW PITTMAN LLP
9  KIRKE M. HASSON (SBN 64416)
   kirke.hasson@pillsburylaw.com
10 SHARON L. O'GRADY (SBN 102356)
   sharon.ogrady@pillsburylaw.com
11 50 Fremont Street
   San Francisco, California  94105
12 Telephone: (415) 983-1000
   Facsimile:  (415) 983-1200
13
   Attorneys For Plaintiff/Counter-Defendant
14 TERARECON, INC.

15                      UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18

19 | TERARECON, INC.,                          | Case No.  C05-04407 (CW)
20 |           Plaintiff,                      | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
21 |      v.                                   | TIME FOR DEFENDANTS TO FILE AN ANSWER TO
22 | FOVIA, INC.; FOVIA MEDICAL, INC.;         | PLAINTIFF'S SECOND
   | KENNETH FINEMAN; ROGER KATEN;             | AMENDED COMPLAINT**
23 | GEORGE BUYANOVSKY; IGOR OKULIST;          |
   | and JOSEF GOREK,                          | Judge:  The Honorable Claudia Wilken
24 |
   |           Defendants.                     |
25

26   AND RELATED COUNTERCLAIMS.

27

28

1          WHEREAS, TeraRecon, Inc. ("TeraRecon") filed its Second Amended Complaint on

2   May 15, 2006;

3          WHEREAS, the deadline for Defendants to file their answer to the Second Amended

4   Complaint is presently June 2, 2006;

5          WHEREAS, Defendants seek an extension of time to file their answer to and including

6   June 7, 2006;

7          WHEREAS, Counterclaimants filed their First Amended Counterclaims on or about April

8   10, 2006;

9          WHEREAS, on April 3, 2006, Counter-defendants TeraRecon, Motoaki Saito and Robert

10  Taylor moved to dismiss the second, third, and fourth counterclaims in this case, which motion

11  the Court has taken under submission.

12         IT IS HEREBY STIPULATED, therefore, by and between the parties, through their

13  undersigned counsel, that:

14         1.     Defendants shall file their answer to TeraRecon's Second Amended Complaint on

15  or before June 7, 2006;

16         2.     The First Amended Counterclaims filed on or about April 10, 2006 shall remain

17  the operative counterclaims in this action, subject to the Court's ruling on Counter-defendants'

18  motion to dismiss.

19

20  Dated: June 1, 2006                    ERIK J. OLSON
                                           PAUL F. COYNE
21                                         MORRISON & FOERSTER LLP

22

23                                         By:    s/ Erik J. Olson
                                                  Erik J. Olson
24
                                           Attorneys for FOVIA, INC.; FOVIA
25                                         MEDICAL, INC.; KENNETH FINEMAN;
                                           ROGER KATEN; GEORGE BUYANOVSKY;
26                                         IGOR OKULIST; and JOSEF GOREK

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER    1
TO PLAINTIFF'S SECOND AMENDED COMPLAINT (CASE NO. C05-04407 CW)
pa-1069770

|   |   |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | KIRKE M. HASSON |
|   | SHARON L. O'GRADY |
| 3 |   |
| 4 | By  /s/ Sharon L. O'Grady |
| 5 | Attorneys for Plaintiff |
|   | TERARECON, INC. |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT (CASE NO. C05-04407 CW)
pa-1069770

2

1  I, ERIK J. OLSON, am the ECF User whose ID and password are being used to file this
2  STIPULATION AND [PROPOSED] ORDER GRANTING COUNTERCLAIMANTS LEAVE
3  TO FILE FIRST AMENDED COUNTERCLAIMS AND SCHEDULING HEARING ON
4  SHORTENED TIME.  In compliance with General Order 45, X.B., I hereby attest that
5  SHARON L. O'GRADY has concurred in this filing.

Dated: June 1, 2006            ERIK J. OLSON
                               PAUL F. COYNE
                               MORRISON & FOERSTER LLP


                               By:  s/ Erik J. Olson
                                   Erik J. Olson

                               Attorneys for FOVIA, INC.; FOVIA
                               MEDICAL, INC.; KENNETH FINEMAN;
                               ROGER KATEN; GEORGE BUYANOVSKY;
                               IGOR OKULIST; and JOSEF GOREK


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing,

**IT IS SO ORDERED**

Dated: 6/8/06                           /s/ Claudia Wilken
                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE