1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    KIRKE M. HASSON (SBN 61446)
2   kirke.hasson@pillsburylaw.com
    SHARON L. O'GRADY (SBN 102356)
3   sharon.ogrady@pillsburylaw.com
    50 Fremont Street
4   San Francisco, CA 94105
    Telephone:    (415) 983-1000
5   Facsimile:    (415) 983-1200

6   Attorneys for Plaintiff and Counter-defendant,
    TERARECON, INC., and Counter-defendants
7   MOTOAKI SAITO, M.D., and ROBERT TAYLOR, Ph.D.

8   ERIK J. OLSON (SBN 175815)
    evvjolson@mofo.com
9   PAUL F. COYNE (SBN 223900)
    pcoyne@mofo.com
10  MORRISON & FOERSTER LLP
    755 Page Mill Road
11  Palo Alto, California 94304-1018
    Telephone:    (650) 813-5600
12  Facsimile:    (650) 494-0792

13  Attorneys for Defendants FOVIA, INC.; FOVIA MEDICAL, INC.;
    KENNETH FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY;
14  IGOR OKULIST; and JOSEF GOREK

15               UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17                 OAKLAND DIVISION

| | |
|---|---|
| 18 ——————————————— | |
| TERARECON, INC., | ) Case No. C 05-04407 (CW) |
| 19 | ) |
| Plaintiff, | ) E-FILING |
| 20 | ) |
| vs. | ) STIPULATION AND JOINT |
| 21 | ) REQUEST AND ORDER |
| FOVIA, INC.; FOVIA MEDICAL, INC.; | ) REGARDING EXTENSION OF |
| 22 KENNETH FINEMAN; ROGER KATEN; | ) PRETRIAL AND TRIAL DATES |
| GEORGE BUYANOVSKY; IGOR | ) AS MODIFIED |
| 23 OKULIST; and JOSEF GOREK, | ) |
| | ) Judge: The Honorable Claudia Wilken |
| 24 Defendants. | ) |
| | ) Trial Date:  April 23, 2007 |
| 25 | ) |
| ——————————————— ) | |
| 26 | ) |
| AND RELATED COUNTERCLAIM. | ) |
| 27 ——————————————— ) | |

28                                  STIP. & JOINT REQUEST & [PROPOSED] ORDER
                                  RE EXTENSION OF DATES
                                  Case No. C05-04407 (CW)

1        WHEREAS, on May 24, 2006, a protective order was entered in this action which

2  governs the exchange of Confidential and Highly Confidential Information.

3        WHEREAS the parties exchanged formal discovery demands on June 2 and June 6,

4  2006.

5        WHEREAS on April 10, 2006, plaintiff TeraRecon, Inc. filed a motion to dismiss

6  certain of the counterclaims filed by defendants and counterclaimants Fovia, Inc., Fovia,

7  Medical, Inc. and George Buyanovsky, which motion was granted with leave to amend on

8  July 6, 2006; counter-claimants filed Second Amended Counterclaims on July 20, 2006,

9  and  plaintiff TeraRecon, Inc. moved to dismiss certain of the claims of the Second

10  Amended Counterclaim on August 7, 2006, which motion is set for hearing September 22,

11  2006.   Consequently, the scope of the pleadings in this action has not finally been

12  determined.

13        WHEREAS on June 8, 2006, the parties appeared for mediation before Philip

14  Gregory, Esq.

15        WHEREAS at the mediation, it appeared that the prospects for fruitful settlement

16  discussions or further mediation would be enhanced substantially if the parties first were to

17  identify and exchange evidence that would assist each side in better evaluating the claims

18  asserted in this litigation.

19        WHEREAS further telephonic conferences with the mediator were held on June 16

20  and June 27, 2006 in which details of a proposed procedure and the evidence to be

21  exchanged were discussed.

22        WHEREAS the parties engaged in a further, lengthy settlement meeting on August

23  22, 2006, at which the parties agreed to an exchange of evidence that they believe may

24  facilitate settlement of the action, in anticipation of a further settlement meeting,

25  conditional upon the Court's agreeing to continue the discovery, pretrial and trial dates in

26  this action, as requested herein.

27        WHEREAS the parties believe that, after the agreed evidence has been exchanged

28  and the parties have had a chance to evaluate that evidence, further settlement discussions

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF DATES
Case No. C05-04407 (CW)

1   may be productive, either through direct discussions between the parties or through further

2   mediation, and obviate the need for formal discovery or further proceedings in this case.

3        WHEREAS a continuance of the pretrial and trial dates are necessary to allow the

4   parties to engage in the settlement process without having simultaneously to engage in

5   extensive formal discovery, that otherwise would be necessary in light of the existing

6   October 13, 2006 cutoff for fact discovery

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF DATES
Case No. C05-04407 (CW)

1    ACCORDINGLY, THE PARTIES HEREBY REQUEST AND STIPULATE

2    THROUGH THEIR ATTORNEYS OF RECORD AS FOLLOWS:

3        1.    That the pretrial and trial dates established in the Minute Order and Case

4    Management Order filed March 9, 2006 be vacated.  The following dates, or such later

5    dates as may be convenient for the Court, are proposed:

6

7

| Event | Existing Date | Proposed New Date |
|---|---|---|
| Date of next case management conference: | February 16, 2007 | April 20, 2007 |
| Completion of fact discovery: | October 13, 2006 | December  13, 2006 |
| Disclosure of identity and reports of expert witnesses: | November 6, 2006 | January 22, 2007 |
| Exchange of rebuttal expert reports: | November 21, 2006 | February 5, 2007 |
| Completion of expert discovery: | December 20, 2006 | February 20, 2007 |
| All case-dispositive motions to be heard at 10:00 a.m. on or before: | February 16, 2007 | April 20, 2007 |
| Final pretrial conference at 1:30 p.m. on: | April 13, 2007 | May 18, 2007 |
| An 8 day jury trial will begin at 8:30 a.m. on: | April 23, 2007 | June 25, 2007 |

19

20    //

21

22    //

23

24    //

25    //

26

27    //

28

1   Deadlines set in reference to the current date for hearing on dispositive motions shall be

2   deemed to refer to the continued hearing date for such motions.

3          Dated:  August __, 2006.

4                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                               KIRKE M. HASSON
5                                              SHARON L. O'GRADY

6                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                               VERNON H. GRANNEMAN (SBN 83532)
7                                              2475 Hanover Street
                                               Palo Alto, CA 94304-1114
8                                              Telephone:   (650) 233-4500
                                               Facsimile:    (650) 233-4545
9

10                                             By   /s/ Sharon L. O'Grady
                                               Attorneys for Plaintiff and Counter-defendant,
11                                             TERARECON, INC., and Counter-defendants
                                               MOTOAKI SAITO, M.D., and ROBERT TAYLOR,
12                                             Ph.D.

13                                             ERIK J. OLSON
14                                             PAUL F. COYNE
                                               MORRISON & FOERSTER LLP
15

16                                             By   /s/ Paul F. Coyne
                                               Attorneys for Defendants FOVIA, INC.; FOVIA
17                                             MEDICAL, INC.; KENNETH FINEMAN; ROGER
                                               KATEN; GEORGE BUYANOVSKY;
18                                             IGOR OKULIST; and JOSEF GOREK

19

20          Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the

21   filing of this document has been obtained from counsel for Defendants FOVIA, INC.;

22   FOVIA MEDICAL, INC.; KENNETH FINEMAN; ROGER KATEN; GEORGE

23   BUYANOVSKY; IGOR OKULIST; and JOSEF GOREK.

24

25                                             By   /s/ Sharon L. O'Grady
                                               Attorneys for Plaintiff and Counter-defendant,
26                                             TERARECON, INC., and Counter-defendants
                                               MOTOAKI SAITO, M.D., and ROBERT TAYLOR,
27                                             Ph.D.

28

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF DATES
Case No. C05-04407 (CW)

1

## **ORDER**

2

     PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3

ORDERED.

4

     The existing deadlines and dates for the following matters are vacated and the

5

deadlines and dates set forth below are hereby established:

6

7

| | |
|---|---|
| Date of next case management conference: | April 20, 2007 |

8

| | |
|---|---|
| Completion of fact discovery: | December 13, 2006 |

9

10

| | |
|---|---|
| Disclosure of identity and reports of expert witnesses: | January 22, 2007 |

11

| | |
|---|---|
| Exchange of rebuttal expert reports: | February 5, 2007 |

12

| | |
|---|---|
| Completion of expert discovery: | February 20, 2007 |

13

| | |
|---|---|
| All case-dispositive motions to be heard at 10:00 a.m. on or before: | April 20, 2007 |

14

15

| | |
|---|---|
| Final pretrial conference at 1:30 p.m. on: | July 27, 2007 |

16

| | |
|---|---|
| An 8 day jury trial will begin at 8:30 a.m. on: | August 6, 2007 |

17

18

                     /s/  CLAUDIA WILKEN

19

Dated:  September 5, 2006     _____

20

The Honorable Claudia Wilken

21

United States District Judge

22

23

24

25

26

27

28

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF DATES
Case No. C05-04407 (CW)