1

2   PILLSBURY WINTHROP SHAW PITTMAN LLP
    KIRKE M. HASSON (SBN 61446)
    kirke.hasson@pillsburylaw.com
3   SHARON L. O'GRADY (SBN 102356)
    sharon.ogrady@pillsburylaw.com
4   50 Fremont Street
    San Francisco, CA 94105
5   Telephone:    (415) 983-1000
    Facsimile:    (415) 983-1200
6
    Attorneys for Plaintiff and Counter-defendant,
7   TERARECON, INC., and Counter-defendants
    MOTOAKI SAITO, M.D., and ROBERT TAYLOR, Ph.D.
8
    ERIK J. OLSON (SBN 175815)
9   ejolson@mofo.com
    PAUL F. COYNE (SBN 223900)
10  pcoyne@mofo.com
    MORRISON & FOERSTER LLP
11  755 Page Mill Road
    Palo Alto, California 94304-1018
12  Telephone:    (650) 813-5600
    Facsimile:    (650) 494-0792
13
    Attorneys for Defendants FOVIA, INC.; FOVIA MEDICAL, INC.;
14  KENNETH FINEMAN; ROGER KATEN; GEORGE BUYANOVSKY;
    IGOR OKULIST; and JOSEF GOREK
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                         OAKLAND DIVISION
18  _____
                                              )
19  TERARECON, INC.,                          )   Case No. C 05-04407 (CW)
                                              )
20                          Plaintiff,        )   E-FILING
                                              )
21          vs.                               )   ORDER GRANTING STIPULATION
                                              )   AND JOINT REQUEST REGARDING
22  FOVIA, INC.; FOVIA MEDICAL, INC.;         )   EXTENSION OF PRETRIAL AND
    KENNETH FINEMAN; ROGER KATEN;             )   TRIAL DATES AS MODIFIED
23  GEORGE BUYANOVSKY; IGOR                   )
    OKULIST; and JOSEF GOREK,                 )   Judge: The Honorable Claudia Wilken
24                                            )
                            Defendants.       )   Trial Date: August 6, 2007
25                                            )
                                              )
26  _____ )
                                              )
27  AND RELATED COUNTERCLAIM.                 )
    _____ )
28

1    WHEREAS, on May 24, 2006, a protective order was entered in this action which

2    governs the exchange of Confidential and Highly Confidential Information.

3    WHEREAS the parties exchanged formal discovery demands on June 2 and June 6,

4    2006.

5    WHEREAS on June 8, 2006, the parties appeared for mediation before Philip

6    Gregory, Esq.

7    WHEREAS at the mediation, it appeared that the prospects for fruitful settlement

8    discussions or further mediation would be enhanced substantially if the parties first were to

9    identify and exchange evidence that would assist each side in better evaluating the claims

10   asserted in this litigation.

11   WHEREAS further telephonic conferences with the mediator were held on June 16

12   and June 27, 2006 in which details of a proposed procedure and the evidence to be

13   exchanged were discussed.

14   WHEREAS the parties engaged in a further, lengthy settlement meeting on

15   August 22, 2006 at which the parties agreed to an exchange of evidence that they believe

16   may facilitate settlement of the action, in anticipation of a further settlement meeting,

17   conditional upon the Court's agreeing to continue the discovery, pretrial and trial dates in

18   this action.

19   WHEREAS on September 5, 2006 the Court entered an order setting new discovery,

20   pretrial and trial dates in this action.

21   WHEREAS the parties subsequently exchanged evidence and have evaluated that

22   evidence.

23   WHEREAS the parties have now agreed to a mediation before the Hon. Eugene F.

24   Lynch (Ret.), which mediation is expected to take place on December 18, 2006.

25   WHEREAS the parties believe that this further mediation may result in a resolution

26   of the litigation and obviate the need for formal discovery or further proceedings in this

27   case.

28

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF PRETRIAL AND TRIAL DATES
Case No. C05-04407 (CW)

1    WHEREAS a continuance of the pretrial and trial dates are necessary to allow the

2    parties to engage in the settlement process without having simultaneously to engage in

3    extensive formal discovery, that otherwise would be necessary in light of the existing

4    December 13, 2006, cutoff for fact discovery.  The parties realize that there already has

5    been one extension of these pretrial and trial dates.  If the court has any questions or

6    concerns about this request, the parties would appreciate the opportunity to address them, in

7    a telephonic status conference or otherwise.

8    ACCORDINGLY, THE PARTIES HEREBY REQUEST AND STIPULATE

9    THROUGH THEIR ATTORNEYS OF RECORD AS FOLLOWS:

10    1.    That the pretrial and trial dates established in the Minute Order and Case

11   Management Order filed September 5, 2006 be vacated.  The following dates, or such later

12   dates as may be convenient for the Court, are proposed:

13

| Event | Existing Date | Proposed New Date |
|---|---|---|
| Date of next case management conference: | April 20, 2007 | July 6, 2007 |
| Completion of fact discovery: | December 13, 2006 | February 28, 2007 |
| Disclosure of identity and reports of expert witnesses: | January 22, 2007 | April 5, 2007 |
| Exchange of rebuttal expert reports: | February 5, 2007 | April 19, 2007 |
| Completion of expert discovery: | February 20, 2007 | May 4, 2007 |
| All case-dispositive motions to be heard at 10:00 a.m. on or before: | April 20, 2007 | August 3, 2007 |
| Final pretrial conference at 1:30 p.m. on: | July 27, 2007 | October 26, 2007 |
| An 8-day jury trial will begin at 8:30 a.m. on: | August 6, 2007 | November 5, 2007 |

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF PRETRIAL AND TRIAL DATES
Case No. C05-04407 (CW)

1    Deadlines set in reference to the current date for hearing on dispositive motions shall be

2    deemed to refer to the continued hearing date for such motions.

3          Dated:  November 16, 2006.

4                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         KIRKE M. HASSON
5                                        SHARON L. O'GRADY

6                                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         VERNON H. GRANNEMAN (SBN 83532)
7                                        2475 Hanover Street
                                         Palo Alto, CA 94304-1114
8                                        Telephone:  (650) 233-4500
                                         Facsimile:   (650) 233-4545
9                                        vernon.granneman@pillsburylaw.com

10

11                                       By  /s/ Sharon L. O'Grady
                                         Attorneys for Plaintiff and Counter-defendant,
12                                       TERARECON, INC., and Counter-defendants
                                         MOTOAKI SAITO, M.D., and ROBERT TAYLOR,
13                                       Ph.D.

14
                                         ERIK J. OLSON
15                                       PAUL F. COYNE
                                         MORRISON & FOERSTER LLP
16

17                                       By  /s/ Erik J. Olson
                                         Attorneys for Defendants FOVIA, INC.; FOVIA
18                                       MEDICAL, INC.; KENNETH FINEMAN; ROGER
                                         KATEN; GEORGE BUYANOVSKY;
19                                       IGOR OKULIST; and JOSEF GOREK

20
          Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the
21
     filing of this document has been obtained from counsel for Defendants FOVIA, INC.;
22
     FOVIA MEDICAL, INC.; KENNETH FINEMAN; ROGER KATEN; GEORGE
23
     BUYANOVSKY; IGOR OKULIST; and JOSEF GOREK.
24

25
                                         By  /s/ Sharon L. O'Grady
26                                       Attorneys for Plaintiff and Counter-defendant,
                                         TERARECON, INC., and Counter-defendants
27                                       MOTOAKI SAITO, M.D., and ROBERT TAYLOR,
                                         Ph.D.
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

The existing deadlines and dates for the following matters are vacated and the deadlines and dates set forth below are hereby established:

| | |
|---|---|
| Date of next case management conference: | **August 3**, 2007 |
| Completion of fact discovery: | February 28, 2007 |
| Disclosure of identity and reports of expert witnesses: | April 5, 2007 |
| Exchange of rebuttal expert reports: | April 19, 2007 |
| Completion of expert discovery: | May 4, 2007 |
| All case-dispositive motions to be heard at 10:00 a.m. on or before: | August 3, 2007 |
| Final pretrial conference at 1:30 p.m. on: | October 26, 2007 |
| An 8-day jury trial will begin at 8:30 a.m. on: | November 5, 2007 |

Dated:  November _22, 2006

_____
The Honorable Claudia Wilken
United States District Judge

STIP. & JOINT REQUEST & [PROPOSED] ORDER
RE EXTENSION OF PRETRIAL AND TRIAL DATES
Case No. C05-04407 (CW)