| | |
|---|---|
| 1 | PILLSBURY WINTHROP LLP |
|   | KIRKE M. HASSON (61446) |
| 2 | kirke.hasson@pillsburylaw.com |
|   | SHARON L. O'GRADY (102356) |
| 3 | sharon.ogrady@pillsburylaw.com |
|   | 50 Fremont Street |
| 4 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 5 | Telephone:  (415) 983-1000 |
|   | Facsimile:   (415) 983-1200 |
| 6 | |
|   | Attorneys for Plaintiff TERARECON, INC. |
| 7 | and Counterdefendants MOTOAKI SAITO, M.D., |
|   | Ph.D. and ROBERT TAYLOR, Ph.D. |
| 8 | |
|   | (appearances of counsel continue on signature page) |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| TERARECON, INC. | ) | No. C 05-04407 CW |
|  | ) |  |
| Plaintiff, | ) | E-filing |
|  | ) |  |
| vs. | ) | **STIPULATED REQUEST FOR** |
|  | ) | **DISMISSAL AND ORDER** |
| FOVIA, INC., et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

THE PARTIES HEREBY STIPULATE AND AGREE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims and all counterclaims in this action be

STIPULATED REQUEST FOR DISMISSAL AND ORDER

pa-1166594

| | | |
|---|---|---|
| 1 | dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. | |
| 2 | Dated: June 20, 2007 | PILLSBURY WINTHROP LLP<br>KIRKE M. HASSON |
| 3 | | SHARON L. O'GRADY |
| | | 50 Fremont Street |
| 4 | | Post Office Box 7880 |
| 5 | | San Francisco, CA  94120-7880 |
| 6 | | By   //s//<br>Attorneys for Plaintiff TERARECON, INC. |
| 7 | | and Counterdefendants MOTOAKI SAITO, M.D., Ph.D. and ROBERT TAYLOR, |
| 8 | | Ph.D. |
| 9 | | |
| 10 | Dated: June 20, 2007 | Erik J. Olson, Esq.<br>Paul F. Coyne, Esq. |
| 11 | | MORRISON & FOERSTER LLP<br>755 Page Mill Road |
| 12 | | Palo Alto, CA  94304-1018 |
| 13 | | |
| 14 | | By   //s//<br>Attorneys for Defendants and |
| 15 | | Counterclaimants FOVIA, INC., FOVIA MEDICAL, INC. KENNETH FINEMAN, |
| 16 | | ROGER KATEN, GEORGE BUYANOVSKY, IGOR OKULIST, and |
| | | JOSEF GOREK |
| 17 | | |
| 18 | Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the | |
| 19 | filing of this document has been obtained from counsel for defendants and counterclaimants | |
| 20 | FOVIA, INC., FOVIA MEDICAL, INC. KENNETH FINEMAN, ROGER KATEN, | |
| 21 | GEORGE BUYANOVSKY, IGOR OKULIST, and JOSEF GOREK. | |
| 22 | | |
| 23 | | By:   //s//<br>Attorneys for Plaintiff TERARECON, INC. |
| 24 | | and Counterdefendants MOTOAKI SAITO, M.D., Ph.D. and ROBERT TAYLOR, |
| | | Ph.D. |
| 25 | IT IS SO ORDERED. | |
| 26 | DATED:  June 21 , 2007 | *[signature]* |
| 27 | | CLAUDIA WILKEN<br>United States District Judge |
| 28 | STIPULATED REQUEST FOR DISMISSAL AND ORDER | |

pa-1166594